John M. Thomas, OSB #024691
E-Mail: jthomas@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 517-7180
Fax: (425) 457-7369
        Attorney for Defendant NWTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| DONALD E. MCCOY,<br><br>                                    Plaintiff,<br><br>        v.<br><br>BNC MORTGAGE, INC., a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset Investment Loan Trust, 2005-10, AIG FEDERAL SAVINGS BANK, FINANCE AMERICA, LLC, LEHMAN BROTHERS HOLDINGS, INC., IMPACT ONE MORTGAGE SERVICES,<br><br>                                    Defendants. | Case No. 10-cv-03098-PA<br><br>**DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Pursuant to Fed. R. Civ. P. 12<br><br>**ORAL ARGUMENT REQUESTED BY TELEPHONE CONFERENCE** |

## COMPLIANCE WITH LR 7.1

The undersigned attorney certifies that he has attempted to confer with Plaintiff's counsel

in good faith via email and telephone message prior to filing this motion, but he did not receive a

Page 1 – DEFENDANT NWTS' FRCP 12 MOTION

response from Plaintiff's counsel.

## MOTION

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Northwest Trustee Services, Inc. (hereinafter "Defendant NWTS"), moves the Court for an order dismissing Plaintiff's Complaint for failure to state a claim.

This motion is supported by the accompanying Memorandum of Law and Request for Judicial Notice concurrently being filed.

Defendant NWTS respectfully requests oral argument on their motion by telephone conference pursuant to L.R. 7-1(d)(3), since Defendant NWTS' counsel's office is located in the Portland area. Defendant NWTS' counsel can be reached at (503) 517-7180.

DATED this 23rd day of September, 2010.

        ROUTH CRABTREE OLSEN, P.C.

        By  */s/ John M. Thomas*
        John M. Thomas, OSB #024691
        Attorney for Defendant NWTS
        11830 SW Kerr Parkway, Ste. 385
        Lake Oswego, Oregon 97035
        Phone: (503) 517-7180
        Fax: (425) 457-7369

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendant NWTS' Motion to Dismiss Plaintiff's Complaint (FRCP 12) upon the following parties via ECF on September 23, 2010:

James J. Stout
James J. Stout PC
419 S. Oakdale Ave
Medford, OR  97501
    Attorney for Plaintiff

Julie M. Engbloom
Pilar C. French
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
    Attorneys for MERS

Julie M. Engbloom
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
    Attorney for U.S. Bank National Association

DATED this 23rd day of September, 2010.

                                        ROUTH CRABTREE OLSEN, P.C.

                                        By    */s/ John M. Thomas*
                                            John M. Thomas, Attorney, OSB # 024691
                                            Attorney for Defendant NWTS
                                            11830 SW Kerr Parkway, Suite 385
                                            Lake Oswego, OR 97035
                                            (503) 517-7180, Fax (425) 457-7369
                                            jthomas@rcolegal.com