EXHIBIT 2 – Appointment of Successor Trustee



Jackson County Official Records **2007-043370**
R-AT
Cnt=1 Stn=10 ALONZORM **09/17/2007 08:01:00 AM**
$5.00 $5.00 $5.00 $11.00        **Total:$26.00**

I, Kathleen S. Beckett, County Clerk for Jackson County, Oregon, certify that the instrument identified herein was recorded in the Clerk records.
Kathleen S. Beckett - County Clerk



## APPOINTMENT OF SUCCESSOR TRUSTEE

KNOW ALL MEN BY THESE PRESENTS that Donald E. McCoy III and Virginia Lee McCoy, husband and wife as joint tenants, as grantors, and First American Title Insurance Company, as the trustee, and Mortgage Electronic Registration Systems, Inc. solely as nominee for BNC Mortgage, Inc., is the beneficiary under that certain trust deed dated 09/26/05, and recorded 09/30/05, as 2005-060123 of the Mortgage Records of Jackson County, Oregon. The undersigned, who is the present beneficiary under said trust deed desires to appoint a new trustee in the place and stead of the original trustee named above;

NOW THEREFORE, in view of the premises, the undersigned hereby appoints Northwest Trustee Services, Inc., whose address is P.O. Box 997, Bellevue, WA 98009-0997 as successor trustee under said trust deed, to have all the powers of said original trustee, effective immediately.

In construing this instrument, and whenever the context so requires, the singular includes the plural.

IN WITNESS WHEREOF, the undersigned beneficiary has executed this document. If the undersigned is a corporation, it has caused its name to be signed and its seal affixed by an officer or other person duly authorized to do so by its board of directors.

Mortgage Electronic Registration Systems, Inc.

Title: _____ Vice President _____

State of Washington     )
                        ) ss.
County of King          )

This instrument was acknowledged before me on September 11, 2007 by Kathy Taggart as Vice President of Mortgage Electronic Registration Systems, Inc.

Notary signature
My commission expires 1-30-10

**KEN L. PATNER**
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES 01-30-10

| APPOINTMENT OF SUCCESSOR TRUSTEE |
|---|
| Re: Trust Deed from |
| MCCOY III, DONALD E. and VIRGINIA LEE |
| Grantor |
| to |
| Northwest Trustee Services, Inc. |
| Trustee          File No. |

After recording return to:
Kathy Taggart
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA 98009-0997