EXHIBIT 3 – Assignment of Deed of Trust



Jackson County Official Records **2007-043371**
R-ATD
Cnt=1 Stn=10 ALONZORW **09/17/2007 08:01:00 AM**
$5.00 $5.00 $5.00 $11.00                    **Total:$26.00**

⑪

After Recording Return to:
Northwest Trustee Services, Inc.
Attention: Kathy Taggart
P.O. Box 997
Bellevue, WA 98009-0997

I, Kathleen S. Beckett, County Clerk for Jackson County, Oregon, certify that the instrument identified herein was recorded in the Clerk records.
Kathleen S. Beckett - County Clerk

7777.24201/MCCOY III, DONALD E. and VIRGINIA LEE

## Assignment of Deed of Trust

For Value Received, the undersigned as Beneficiary, hereby grants, conveys, assigns and transfers to U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-10, whose address is c/o America's Servicing Company, 3476 Stateview Blvd, Ft. Mill, SC 29715 all beneficial interest under that certain deed of trust, dated 09/26/05, executed by Donald E. McCoy III and Virginia Lee McCoy, husband and wife as joint tenants, Grantors, to First American Title Insurance Company, Trustee, and recorded on 09/30/05, as 2005-060123, Records of Jackson County, Oregon, describing land therein as:

Beginning at an iron pipe 810.62 feet East and 1343.30 feet South of the Northwest corner of Donation Land Claim No. 44 in Section 9, Township 37 South, Range 2 West of the Willamette Meridian in Jackson County, Oregon; thence West 405.31 feet to an iron pipe; thence North 134.33 feet; thence East 405.31 feet; thence South 134.33 feet to an iron pipe and the point of beginning.

Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated:  September 11, 2007

Mortgage Electronic Registration Systems, Inc.

Title:   Vice President

State of Washington    )
                       ) ss.
County of King         )

This instrument was acknowledged before me on September 11, 2007 by Kathy Taggart as Vice President of Mortgage Electronic Registration Systems, Inc.

Notary signature
My commission expires: 1-30-10

**KEN L. PATNER**
STATE OF WASHINGTON
NOTARY — • — PUBLIC
MY COMMISSION EXPIRES   01-30-10