John M. Thomas, OSB #024691
E-Mail: jthomas@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Ste. 385
Lake Oswego, Oregon 97035
Phone: (503) 517-7180
Fax: (425) 457-7369
    Attorney for Defendant NWTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| DONALD E. MCCOY, <br><br>              Plaintiff, <br><br>     v. <br><br> BNC MORTGAGE, INC., a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset Investment Loan Trust, 2005-10, AIG FEDERAL SAVINGS BANK, FINANCE AMERICA, LLC, LEHMAN BROTHERS HOLDINGS, INC., IMPACT ONE MORTGAGE SERVICES, <br><br>              Defendants. | Case No. 10-cv-03098-PA <br><br> **DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT** <br><br> FRCP 7.1 |

    Pursuant to Fed. R. Civ. P. 7.1, Defendant Northwest Trustee Services, Inc. ("NWTS")

hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or

more if its stock.

Page 1 –NWTS' CORPORATE DISCLOSURE STATEMENT

DATED this 23rd day of September, 2010.

           ROUTH CRABTREE OLSEN, P.C.

           By   */s/ John M. Thomas*
           John M. Thomas, OSB #024691
           Attorney for Defendant NWTS
           11830 SW Kerr Parkway, Ste. 385
           Lake Oswego, Oregon 97035
           Phone: (503) 517-7180
           Fax: (425) 457-7369

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT upon the following parties via ECF on September 23, 2010:

James J. Stout
James J. Stout PC
419 S. Oakdale Ave
Medford, OR  97501
    Attorney for Plaintiff

Julie M. Engbloom
Pilar C. French
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
    Attorneys for MERS

Julie M. Engbloom
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
    Attorney for U.S. Bank National Association


DATED this 23rd day of September, 2010.


ROUTH CRABTREE OLSEN, P.C.

By    */s/ John M. Thomas* __
     John M. Thomas, Attorney, OSB # 024691
     Attorney for Defendant NWTS
     11830 SW Kerr Parkway, Suite 385
     Lake Oswego, OR 97035
     (503) 517-7180, Fax (425) 457-7369
     jthomas@rcolegal.com


Page 3 –NWTS' CORPORATE DISCLOSURE STATEMENT