# MUHLHEIM BOYD

ATTORNEYS AND COUNSELORS AT LAW

CORNER OF BROADWAY & OAK
88 EAST BROADWAY
EUGENE, OR 97401-3135

KEITH Y. BOYD

TELEPHONE: (541) 868-8005
FACSIMILE:   (541) 868-8004

E-MAIL: boyd@mb-lawoffice.com

RECVD 10 SEP 27 1408 USDC-ORM

September 27, 2010

Clerk of the Court
U.S. District Court
310 W 6th Street
Medford OR 97501

Re: *Donald E. McCoy v. BNC Mortgage, Inc. et al.*
U.S. District Court Case No. CV10-3098-PA
*In re Donald Eugene McCoy III*
U.S. Bankruptcy Court Case No. 10-63814-fra13
Our Client: Donald E. McCoy
Our File No. 25040001M

Dear Sir or Madam:

On or around September 17, 2010, the defendants in the above referenced case removed the above referenced action from Jackson County Circuit Court to this court. I am writing to advise the Court that this matter is subject to the referral order referenced in LR 2100-1(a) based on the plaintiff's pending Chapter 13 case. Therefore, this case should be referred to the US Bankruptcy Court in Eugene to be processed as an adversary proceeding related to Mr. McCoy's pending Chapter 13 case. Please don't hesitate to contact me if you have any questions.

Sincerely,

Keith Y. Boyd

KYB:ma
cc: Julie Engbloom
    Pilar C. French
    James J. Stout
    John M. Thomas